## <u>INDEX OF EXHIBITS TO<br>PLAINTIFF'S VERIFIED COMPLAINT FOR EMERGENCY<br>TEMPORARY RESTRAINING ORDER, PRELIMINARY AND<br>PERMANENT INJUNCTIVE RELIEF, AND DECLARATORY RELIEF</u>

Exhibit A     The Coronavirus, Aid, Relief, and Economic Security Act, Pub. L. No. 116-136 §§ 1101-03, 1107, 1114 (2020) (the "PPP" provisions of the "CARES Act")

Exhibit B     Business Loan Program Temporary Changes; Paycheck Protection Program, RIN 3245-AH34 (Interim Final Rule Apr. 1, 2020) ("SBA 3245")

Exhibit C     Business Loan Program, 60 Fed. Reg. 64356 *et seq*. (proposed Dec. 15, 1995) (to be codified at 13 C.F.R. § 120.110)

Exhibit D     13 C.F.R § 120.110

Exhibit E     SBA Standard Operating Procedure 50 10 5(K) – Lender and Development Company Loan Programs (Apr. 1, 2019) (the "SOP")

Exhibit F     Exemplar Copy of SBA Paycheck Protection Program Borrower Application, Form 2483 (Apr. 2020)

Exhibit G     Hancock Whitney Bank Paycheck Protection Program Supplemental Information Form (current as of Apr. 7, 2020)

Exhibit H     Plaintiff's SBA Paycheck Protection Program Borrower Application, Form 2483 (Apr. 6, 2020)

1