**Paycheck Protection Program (PPP)**
**Supplemental Information Form**

Applicant Name: _____

_____ NAICS Code    (6-digit)    https://www.census.gov/cgi-bin/sssd/naics/naicsrch?chart=2017

_____ Number of Jobs Created (as a result of a PPP loan)

_____ Number of Jobs Retained (as a result of a PPP loan)

_____ Date Business Established

<u>Use of PPP Loan Proceeds</u>
_____ Payroll costs
_____ Utilities
_____ Mortage interest payments
_____ Rent
_____ Refinance eligible EIDL
_____ Interest on debt incurred before 2/15/2020
_____ Continuation of group health care benefits and insurance premiums
    $0        Total

_____ Have you ever had an SBA loan?

_____ Have you or any business owned or controlled by you ever obtained a direct or guaranteed loan from SBA or any other Federal agency or been a guarantor on such a loan? (including student loans)

_____ Is the Small Business Applicant debarred, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any Federal department or agency?

_____ ==Are any of the Small Business Applicant's revenues derived== from gambling, loan packaging, or ==from the sale of products or services, or the presentation of any depiction, displays or live performances, of a prurient sexual nature?==

_____ Is any SBA employee or the household member of an SBA employee; a sole proprietor, partner, officer, director, or stockholder with a 10 percent or more interest, of the Applicant?

_____ Is a former SBA employee, who has been separated from SBA for less than one year prior to the request for financial assistance; an employee, owner, partner, attorney, agent, owner of stock, officer, director, creditor or debtor of the Applicant?

_____ Is a member of Congress, or an appointed official or employee of the legislative or judicial branch of the Federal Government; a sole proprietor, general partner, officer, director, or stockholder with a 10 percent or more interest, or household member of such individual, of the Applicant?

_____ Is any Government employee having a grade of at least GS-13 or higher or a household member of such individual; a sole proprietor, general partner, officer, director, or stockholder with a 10 percent or more interest, of the Applicant?

_____ Is any member or employee of a Small Business Advisory Council or a SCORE volunteer; a sole proprietor, general partner, officer, director, or stockholder with a 10 percent or more interest, or a household member of such an individual, of the Applicant?

**Principal or Authorized Representative:**

_____ Are you presently suspended, debarred, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any Federal department or agency?

_____ If you are a 50% or more owner of the Small Business Applicant, are you more than 60 days delinquent on any obligation to pay child support arising under an administrative order, court order, repayment agreement between the holder and a custodial parent, or repayment agreement between the holder and a state agency providing child support enforcement services?

_____ Are you, or any business you control presently involved in any legal action (including divorce)?

I hereby certify and attest to Hancock Whitney Bank and the Small Business Administration that the above information is correct.

The information provided in this document will be used to supplement the Borrower's PPP application to the SBA. Borrower hereby acknowledges and agrees that in preparing and submitting its application, Borrower has not relied on and will not rely on any representation or statement (whether written or oral) by Hancock Whitney or any of its officers or agents respecting Borrower's eligibility for, the benefits of, and Borrower's choice of, participating in the PPP, Borrower's ability to receive loan forgiveness under the PPP or any other requirements or benefits of the PPP. Borrower agrees that neither Hancock Whitney nor any of its officers or agents have made any promises or guarantees regarding (i) the expected success of Borrower's PPP application or (ii) whether any funding will be available to Borrower from the PPP.  Borrower hereby releases and agrees to hold Hancock Whitney harmless from any claims, losses or liabilities arising from or related to Borrower's application under the PPP. Borrower further agrees that upon request, Borrower  will execute, acknowledge, and deliver all such information, documentation or assurances as may be required to support an application under the PPP or re-execute and resubmit amended documents as may be necessary to accomplish the purposes hereof.

_____    _____
Authorized Representative of Applicant              Date

**EXHIBIT G**
**Page 1**