UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CAMELOT BANQUET ROOMS, INC.,
DOWNTOWN JUNEAU INVESTMENTS, LLC,
MIDRAD, LLC, and
PPH PROPRTIES I, LLC,**
       Plaintiffs,

    v.                                  Case No. 20-CV-601

**UNITED STATES SMALL BUSINESS
ADMINISTRATION; JOVITA CARRANZA,
in her Official Capacity as Administrator of
the Small Business Administration;
UNITED STATES OF AMERICA; and
STEVEN MNUCHIN, in his Official Capacity
as United States Secretary of Treasury,**
       Defendants.

---

### COURT MINUTES OF CONFERENCE

| | |
|---|---|
| Judge Lynn Adelman, presiding | Date: 4/15/20 |
| Time Commenced: 3:17 p.m. | Concluded: 4:00 p.m. |
| Deputy Clerk: TR | Court Reporter: Susan Armbruster |

APPEARANCES:

Plaintiff:    Jeff Scott Olson

Defendant:    Emily Constantine, Carter Stewart, and Jim Gilligan

Nature of Conference: Telephonic Status Conference

Notes:

- The parties discussed the pending motion for a TRO. The Court, finding that Plaintiffs demonstrated irreparable harm absent preliminary injunctive relief, inadequate existing remedies at law, and Plaintiffs having a reasonable likelihood of success on the merits, and, determining that the balance of the potential harm to the Plaintiffs outweighs the harm to other parties or the public interest, issued an oral ruling **GRANTING** the Plaintiffs' motion for a temporary restraining order (ECF No. 8). Defendants and their agents are **ORDERED** to:
    - (1) Refrain from enforcing 13 CFR § 120.110(p) and SBA SOP 50 10 5(k), Ch. 2(III)(A)(15) as to the plaintiffs in this action; and

**EXHIBIT D
Page 1**

- o (2) Restore Plaintiffs to their place in the application queue as if their applications submitted April 3 have not been denied.
- The restraints contained in the Court's order expire 14 days from the date of the order unless the Court, for good cause, extends them for a like period or Defendants consent to a longer extension.
- The Court also determined that Plaintiffs were not required to file a security under Fed. R. Civ. P. 65(c), as such security is unnecessary given the nature of this case. The Court also **GRANTED** Plaintiffs' motion for leave to file excess pages ECF No. 11).
- The Court and parties set out deadlines for response and reply briefs (and supporting materials) for the motion for preliminary injunction. See scheduling order.
- See transcript for further details.

**EXHIBIT D**
**Page 2**