| Corporate Name | d/b/a | Application Status |
|---|---|---|
| BDS Restaurant, Inc. | Baby Dolls Topless Saloon | E-mail Denial |
| DB Entertainment, Inc. | Baby Dolls – Ft Worth | Denied |
| Millennium Restaurants Group, Inc. | Cabaret Royale (also Chicas Locas) | Denied |
| T and N Incorporated | Fare Arlington (also Chicas Locas) | Denied |
| Burch Management Co., Inc. | N/A | Denied |
| Filosadelfia, LLC | Sin City | Not Accepted |
| JBC of Gainesville, Inc. | Café Risque | Text Denial |
| Polmour, Inc. | The Landing Srip | Not Processed |
| Brookhurst Venture, LLC | California Girls | Verbal Denial |
| City of Industry Hospitality Venture, Inc. | Spearmint Rhino Gentlemen's Club | Verbal Denial |
| Farmdale Hospitality Services, Inc. | Blue Zebra | Verbal Denial |
| High Expectations Hospitality, LLC | Spearmint Rhino Gentlemen's Club | Verbal Denial |
| Inland Restaurant Venture I, Inc. | Spearmint Rhino Gentlemen's Club | Verbal Denial |
| Kentucky Hospitality Venture, LLC | Spearmint Rhino Gentlemen's Club | Verbal Denial |
| K-Kel, Inc. | The Spearmint Rhino Adult Cabaret | Verbal Denial |
| L.C.M., LLC | Spearmint Rhino Gentlemen's Club | Verbal Denial |
| Midnight Sun Enterprises, Inc. | Spearmint Rhino Gentlemen's Club | Verbal Denial |
| Nitelife, Inc. | Spearmint Rhino Gentlemen's Club | Verbal Denial |
| Olympic Avenue Venture, Inc. | Spearmint Rhino Gentlemen's Club | Verbal Denial |
| The Oxnard Hospitality Services, Inc. | Spearmint Rhino Gentlemen's Club | Verbal Denial |
| Penn Ave Hospitality, LLC | Spearmint Rhino Gentlemen's Club | Verbal Denial |
| Platinum SJ Enterprise | Spearmint Rhino Gentlemen's Club | Verbal Denial |
| PNM Enterprises, Inc. | California Girls | Verbal Denial |
| Rialto Pockets, Incorporated | Spearmint Rhino Gentlemen's Club | Verbal Denial |
| Rouge Gentlemen's Club, Inc. | Dames N' Games Topless Sports Bar | Verbal Denial |
| Santa Barbara Hospitality Services, Inc. | Spearmint Rhino Gentlemen's Club | Verbal Denial |
| Santa Maria Restaurant Enterprises, Inc. | Spearmint Rhino Gentlemen's Club | Verbal Denial |
| Sarie's Lounge, LLC | Spearmint Rhino Gentlemen's Club | Verbal Denial |
| The Spearmint Rhino Adult Superstore, Inc. | N/A | Verbal Denial |
| The Spearmint Rhino Companies Worldwide, Inc. | N/A | Verbal Denial |
| Spearmint Rhino Consulting Worldwide, Inc. | N/A | Verbal Denial |
| W.P.B. Hospitality, LLC | Spearmint Rhino Gentlemen's Club | Verbal Denial |
| Washington Management, LLC | Dames N' Games | Verbal Denial |
| World Class Venues, LLC | Spearmint Rhino Gentlemen's Club | Verbal Denial |