**From:** Gene LeClaire <burch1mt@█████>
**To:** ████████
**Subject:** FW: PPP loans
**Date:** Tue, Apr 14, 2020 9:29 am

FYI

**From:** ████████
**Sent:** Sunday, April 5, 2020 2:16 PM
**To:** Gene LeClaire <burch1mt@█████>
**Subject:** RE: PPP loans

I agree – you have GM's, Managers, cooks, bartenders, waitress staff – sounds like a restaurant to me

████████
Senior Vice President

████████ | Dallas, TX 75225
Email: ████████ | Phone: ████████ |
Cell: ████████
Website: ████████

Click here to upload files.

**From:** Gene LeClaire [mailto:burch1mt@█████]
**Sent:** Sunday, April 5, 2020 2:05 PM
**To:** ████████
**Subject:** RE: PPP loans


⚠️ EXTERNAL MESSAGE – Think Before You Click

Thanks for your efforts. Doesn't seem fair at all.

Gene

**From:** [redacted]
**Sent:** Sunday, April 5, 2020 1:35 PM
**To:** burch1mt@[redacted]
**Subject:** PPP loans

Gene I was just informed by my Regional President who was told by senior management that SOB's are not eligible for this program.

Sorry for the news

[redacted]
Senior Vice President


| Dallas, TX 75225
**Email:** [redacted] | **Phone:** [redacted] |
**Cell:** [redacted]
**Website:** [redacted]

Click here to upload files.

**EXHIBIT M**
Page 2

https://mail.aol.com/webmail-std/en-us/PrintMessage            4/14/2020

CONFIDENTIALITY NOTICE: This electronic mail message and any files or attachments transmitted with it are intended exclusively for the individual or entity to which it is addressed. The message, together with any attachment, may contain confidential and/or privileged information. Any unauthorized review, use, printing, saving, copying, disclosure or distribution is strictly prohibited. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, or you have received this message in error, please immediately advise the sender by reply email and delete this electronic email and all attachments and destroy all copies; and be advised that any review of, dissemination of, copying of, or taking of any action in reliance on, the information contained in or attached to this message is prohibited.

NON-BINDING: This electronic mail message and any attachment DOES NOT constitute an agreement to modify any loan documents and no other agreement or understanding of any nature shall be deemed to have been entered into by or be binding on any party unless and until ▮, borrower and guarantor(s) have reached an agreement on all material terms, and such agreement has been reduced to writing and has been duly executed by all parties. Oral agreement, emails, memoranda of meetings, summaries of proposals and such other communications shall not constitute a binding agreement of ▮. ▮ has taken reasonable precaution to ensure that any attachment to this email has been checked for viruses; however, this message and its attachments cannot be guaranteed to be secure or free of errors or viruses. ▮ bears no responsibility for any loss or damage sustained as a result of any virus or other defect that might affect any computer system into which it is received and opened. You are advised to conduct you own virus check prior to opening any files or attachments sent herewith.

This email contains the views of the author and should not be interpreted as the views of ▮. Subject to applicable law, ▮ may intercept, monitor, review or retain electronic communications travelling through its networks and may produce any such communication to regulators, law enforcement and in litigation as may be required by law.

▮ may automatically block emails containing objectionable language or suspicious content. Accordingly, a message sent to an email address at thirdcoastbankssb.com may only be considered received if confirmed by a return receipt.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.