UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DV Diamond Club of Flint, LLC,
et al.,

                Plaintiff(s),

v.                                            Case No. 4:20−cv−10899−MFL−DRG
                                                          Hon. Matthew F. Leitman

Small Business Administration,
an agency of the United States,
et al.,

                Defendant(s),

**NOTICE OF TELEPHONIC MOTION HEARING**

PLEASE TAKE NOTICE that a telephonic motion hearing has been scheduled before District Judge Matthew F. Leitman for the following motion(s):

    Motion for TRO − #12

- MOTION HEARING: April 30, 2020 at 09:30 AM

The call shall be initiated by using the Zoom link that will be provided by the Court.

If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:** Please use the Zoom link that will be provided by the Court to participate in the hearing

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/H Monda
                                                    Case Manager

Dated: April 20, 2020