UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DV Diamond Club of Flint, LLC,
et al.,

                Plaintiff(s),

v.                                        Case No. 4:20−cv−10899−MFL−DRG
                                                Hon. Matthew F. Leitman

Small Business Administration,
an agency of the United States,
et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Matthew F. Leitman at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan. Please report to Room VIA ZOOM. The following motion(s) are scheduled for hearing:

        Motion for TRO − #12

- MOTION HEARING: May 5, 2020 at 09:30 AM

**ADDITIONAL INFORMATION:**   The continued hearing will take place via Zoom. Please use the link provided by the Court to join the hearing.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                By: s/H Monda
                                                                     Case Manager

Dated: May 4, 2020