# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### (Southern Division)

| | |
|---|---|
| DV DIAMOND CLUB OF FLINT, LLC, d/b/a Little Darlings, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:20-cv-10899-MFL-DRG ) |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF FILING

Defendants respectfully bring to the Court's attention the attached order of the United States Court of Appeals for the Seventh Circuit in *Camelot Banquet Rooms, Inc. v. United States Small Business Administration*, No. 20-1729 (7th Cir. May 4, 2020) (ECF No. 9).  The Court of Appeals temporarily stayed the district court's preliminary injunction concerning enforcement of 13 C.F.R. § 120.110(p), *see Camelot Banquet Rooms, Inc. v. United States Small Business Administration*, No. 20-cv-601 (E.D. Wis. May 1, 2020) (ECF No. 28), pending resolution of the Government's emergency motion for a stay pending appeal.

Dated: May 4, 2020

                                                      Respectfully submitted,

                                                      JOSEPH H. HUNT
                                                    Assistant Attorney General

                                                      DAVID M. MORRELL
                                                    Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

ERIC WOMACK
Assistant Director

 /s/ *James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

INDRANEEL SUR
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044

Telephone:   (202) 514-3358
E-mail:      james.gilligan@usdoj.gov

*Counsel for Defendants*