# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

May 4, 2020

*Before*

MICHAEL S. KANNE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| No. 20-1729 | CAMELOT BANQUET ROOMS, INC., et al., Plaintiffs - Appellees<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., Defendants - Appellants |
|---|---|
| No. 20-1730 | J.R. SCHUSTER, LLC, Plaintiff - Appellee<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 2:20-cv-00601-LA<br>Eastern District of Wisconsin<br>District Judge Lynn Adelman ||
| **Originating Case Information:** ||
| District Court No: 2:20-cv-00634-LA<br>Eastern District of Wisconsin<br>District Judge Lynn Adelman ||

Nos. 20-1729 & 20-1730 Page 2

Upon consideration of the **GOVERNMENT'S EMERGENCY MOTION FOR STAY PENDING APPEAL AND IMMEDIATE ADMINISTRATIVE STAY**, filed on May 4, 2020, by counsel for the appellants,

**IT IS ORDERED** that the district court's preliminary injunction is temporarily **STAYED** pending resolution of this motion. The government shall reserve guarantee authority for potential loans to the appellees in the amount appellees previously applied for, but need not transmit any funds until after this court has ruled on the government's motion to stay the injunction pending appeal.

**IT IS FURTHER ORDERED** that the appellees shall respond to the government's motion to stay on or before May 8, 2020. The government may file a reply on or before May 11, 2020.

form name: **c7_Order_3J**(form ID: **177**)