UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DV DIAMOND CLUB
OF FLINT, LLC, *et al.*,

    Plaintiffs,

v.

UNITED STATES SMALL BUSINESS
ADMINISTRATION, *et al.*,

    Defendants.

Case No. 20-cv-10899
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE CORRECTED SECOND AMENDED COMPLAINT (ECF No. 49)

On May 22, 2020, Plaintiffs filed motion requesting leave to file a Second Amended Complaint. (*See* Mot., ECF No. 49.) For the reasons stated on the record during a June 10, 2020, status conference with counsel for all parties, Plaintiffs' motion is **GRANTED**. Plaintiffs shall file the proposed corrected Second Amended Complaint attached to Plaintiffs' motion for leave by no later than **June 15, 2020**.

    **IT IS SO ORDERED**.

Dated: June 10, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

1

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 10, 2020, by electronic means and/or ordinary mail.

                                    s/ Holly A. Monda
                                    Case Manager
                                    (810) 341-9764