UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DV DIAMOND CLUB OF FLINT, LLC
d/b/a Little Darlings; *et al.*,

    Plaintiffs,

v.

UNITED STATES SMALL BUSINESS
ADMINISTRATION; *et al.*,

    Defendants.

Case No. 4:20-cv-10899
Hon. Matthew F. Leitman
Hon. David R. Grand
  by referral

---

| | |
|---|---|
| Bradley J. Shafer (P36604) | James J. Gilligan |
| Brad@BradShaferLaw.com | James.gilligan@usdoj.gov |
| Matthew J. Hoffer (P70495) | **UNITED STATES DEPT. OF JUSTICE** |
| Matt@BradShaferLaw.com | Civil Division, Federal Prog. Bench |
| Zachary M. Youngsma (P84148) | 1100 L Street, N.W., Room 11200 |
| Zack@BradShaferLaw.com | Washington, D.C. |
| **SHAFER & ASSOCIATES, P.C.** | 202-514-3358 – Telephone |
| 3800 Capital City Blvd., Suite 2 | Peter A. Caplan (P30643) |
| Lansing, Michigan, 48906 | Peter.Caplan@usdoj.com |
| 517-886-6560 – Telephone | **MATTHEW SCHNEIDER** |
| *Attorneys for Plaintiffs* | **UNITES STATES ATTORNEY** |
| | 211 West Fort Street, Suite 2001 |
| | Detroit, Michigan 48226 |
| | 313-226-9784 |
| | *Attorneys for All Defendants* |

---

# APPEARANCE OF ZACHARY M. YOUNGSMA ON BEHALF OF ALL PLAINTIFFS

NOW COMES Zachary M. Youngsma of Shafer & Associates, P.C., and hereby enters his appearance on behalf of all Plaintiffs to the above-captioned matter. Specifically, Zachary M. Youngsma appears on behalf of the following comprehensive list of Plaintiffs:

1. DV Diamond Club of Flint, LLC;

2. Brookhurst Venture, LLC;

3. High Expectations Hospitality, LLC;

4. Stone Park Entertainment, Inc;

5. PNM Enterprises, Inc.;

6. Platinum SJ Enterprise;

7. Millennium Restaurants Group, Inc.;

8. Santa Maria Restaurant Enterprises, Inc.;

9. 2740 Corporation;

10. The Spearmint Rhino Companies Worldwide, Inc.;

11. Saries Lounge, LLC;

12. Washington Management, LLC;

13. City of Industry Hospitality Venture, Inc.;

14. T and N Incorporated;

15. VC Lauderdale, Inc.;

16. Rouge Gentlemen's Club, Inc.;

17. Penn Ave Hospitality, LLC;

18. Rialto Pockets, Inc.;

19. The Spearmint Rhino Adult Superstore, Inc.;

20. The Oxnard Hospitality Services, Inc.;

21. Benelux Corporation;

22. World Class Ventures, LLC;

23. Spearmint Rhino Consulting, Worldwide, Inc.;

24. Olympic Avenue Ventures, Inc.;

25. BDS Restaurant, Inc.;

26. Santa Barbara Hospitality Services, Inc.;

27. W.P.B. Hospitality, LLC;

28. Seventy7, LLC;

29. L.C.M., LLC;

30. Inland Restaurant Venture I, Inc.;

31. Farmdale Hospitality Services, Inc.;

32. Burch Management Company, Inc.;

33. DB Entertainment, Inc.;

34. Filosadelfia, LLC;

35. Nitelife, Inc.;

36. MAG Pitt LP;

37. Polmour, Inc.;

38. Midnight Sun Enterprises, Inc.;

39. MAG Enterprises, Inc.;

40. Kentucky Hospitality Venture, LLC;

41. JCB of Gainesville, Inc.;

42. K-Kel, Inc.;

43. Heritage Management Services, Inc.;

44. Club Cabaret, Inc.;

45. MAG Entertainment, LLC;

46. Kimmico, Inc.;

47. East Coast Restaurant & Nightclubs, LLC;

48. Ferney Properties, LLC;

49. Peoria Speakeasy, Inc.;

50. King Bee, Inc.;

51. Vonch, LLC; and

52. Oasis on Essington, LTD.

                        Respectfully submitted,

Dated: July 16, 2021                  */s/ Zachary M. Youngsma*
                                        BRADLEY J. SHAFER (MI P36604)
                                        Brad@BradShaferLaw.com
                                        MATTHEW J. HOFFER (MI P70495)
                                        Matt@BradShaferLaw.com

ZACHARY M. YOUNGSMA (MI P84148)
Zack@BradShaferLaw.com
**SHAFER & ASSOCIATES, P.C.**
3800 Capital City Boulevard, Suite 2
Lansing, Michigan 48906
(517) 886-6560

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I certify that on July 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                */s/ Zachary M. Youngsma*
                Zachary M. Youngsma (P84148)
                **SHAFER & ASSOCIATES, P.C.**