# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**DV DIAMOND CLUB OF FLINT, LLC**
d/b/a Little Darlings; *et al.*,

      Plaintiffs,

v.

**UNITED STATES SMALL BUSINESS ADMINISTRATION**; *et al.*,

      Defendants.

Case No. 4:20-cv-10899
Hon. Matthew F. Leitman
Hon. David R. Grand
  by referral

---

| | |
|---|---|
| Bradley J. Shafer (P36604) | James J. Gilligan |
| Brad@BradShaferLaw.com | James.gilligan@usdoj.gov |
| Matthew J. Hoffer (P70495) | **UNITED STATES DEPT. OF JUSTICE** |
| Matt@BradShaferLaw.com | Civil Division, Federal Prog. Bench |
| Zachary M. Youngsma (P84148) | 1100 L Street, N.W., Room 11200 |
| Zack@BradShaferLaw.com | Washington, D.C. |
| **SHAFER & ASSOCIATES, P.C.** | 202-514-3358 – Telephone |
| 3800 Capital City Blvd., Suite 2 | Peter A. Caplan (P30643) |
| Lansing, Michigan, 48906 | Peter.Caplan@usdoj.com |
| 517-886-6560 – Telephone | **MATTHEW SCHNEIDER** |
| *Attorneys for Plaintiffs* | **UNITES STATES ATTORNEY** |
| | 211 West Fort Street, Suite 2001 |
| | Detroit, Michigan 48226 |
| | 313-226-9784 |
| | *Attorneys for All Defendants* |

---

## NOTICE OF FILING

Plaintiffs respectfully bring to the Court's attention in advance of the status conference scheduled for July 29, 2021, at 12:30 p.m., the following two documents:

1. **Exhibit A** – Email correspondence from Defendant's counsel, Attorney Jim Gilligan, to Plaintiffs' counsel dated June 1, 2021, stating SBA will process Plaintiffs' First Draw Paycheck Protection Program loan forgiveness applications without reference to 13 C.F.R. § 120.110(p); and

2. **Exhibit B** – Court Minutes of Conference, <u>Camelot Banquet Rooms, Inc. v. United States Small Bus. Admin.</u>, No. 2:20-cv-00601-LA (E.D. Wis. Jun. 20, 2021), ECF 48. Therein, the court stated SBA will not use 13 C.F.R. § 120.110(p) when evaluating the plaintiffs in that case's First Draw Paycheck Protection Program loan forgiveness applications.

                                            Respectfully submitted,

Dated: July 16, 2021                            /s/ *Zachary M. Youngsma*
                                          BRADLEY J. SHAFER (MI P36604)
                                          Brad@BradShaferLaw.com
                                          MATTHEW J. HOFFER (MI P70495)
                                          Matt@BradShaferLaw.com
                                          ZACHARY M. YOUNGSMA (MI P84148)
                                          Zack@BradShaferLaw.com
                                          **SHAFER & ASSOCIATES, P.C.**
                                            3800 Capital City Boulevard, Suite 2
                                            Lansing, Michigan 48906
                                            (517) 886-6560
                                            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I certify that on July 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                      */s/ Zachary M. Youngsma*
                      Zachary M. Youngsma (P84148)
                      **SHAFER & ASSOCIATES, P.C.**