# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**CAMELOT BANQUET ROOMS, INC.,**
**DOWNTOWN JUNEAU INVESTMENTS, LLC,**
**MIDRAD, LLC, and**
**PPH PROPRTIES I, LLC,**
    Plaintiffs,

  v.             Case No. 20-CV-601

**UNITED STATES SMALL BUSINESS**
**ADMINISTRATION, et al.,**
    Defendants.

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding    Date:  5/20/21
Time Commenced:  11:15 a.m.    Concluded:  11:17 a.m.
Deputy Clerk: TR         Court Reporter:  None

APPEARANCES:

Plaintiff:  Jeff Scott Olson and Sarah Crandall

Defendant:  Carter Stewart and Jim Gilligan

Nature of Conference: Telephonic Status Conference

Notes:

- **The Government indicated that it will not use the challenged regulations in evaluating the Plaintiffs' loan forgiveness applications. The parties agreed that further litigation of this matter is therefore unnecessary. Accordingly, the clerk of court shall terminate the Plaintiffs' pending motion at ECF 40.**

**EXHIBIT B**
**Page 1**