UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DV DIAMOND CLUB
OF FLINT, LLC, et al.,

      Plaintiffs,

Case No. 20-cv-10899
Hon. Matthew F. Leitman

v.

SMALL BUSINESS ADMINISTRATION,
an agency of the United States, et al.

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs-Intervenors, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 29, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 29, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126