Case No. 20-1437

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

DV DIAMOND CLUB OF FLINT, LLC; BROOKHURST VENTURE, LLC; HIGH EXPECTATIONS HOSPITALITY, LLC; STONE PARK ENTERTAINMENT, INC.; PNM ENTERPRISES, INC.; PLATINUM SJ ENTERPRISE; MILLENNIUM RESTAURANTS GROUP, INC.; SANTA MARIA RESTAURANT ENTERPRISES, INC.; 2740 CORPORATION; SPEARMINT RHINO COMPANIES WORLDWIDE, INC.; SARIES LOUNGE, LLC; WASHINGTON MANAGEMENT, LLC; CITY OF INDUSTRY HOSPITALITY VENTURE, INC.; T AND N, INC.; VC LAUDERDALE, INC.; ROUGE GENTLEMENS CLUB, INC.; PENN AVE HOSPITALITY, LLC; RIALTO POCKETS, INC.; SPEARMINT RHINO ADULT SUPERSTORE, INC.; OXNARD HOSPITALITY SERVICES, INC.; BENELUX CORPOARTION; WORLD CLASS VENTURES, LLC; SPEARMINT RHINO CONSULTING WORLDWIDE, INC.; OLYMPIC AVENUE VENTURE, INC.; BDS RESTAURANT, INC.; SANTA BARBARA HOSPITALITY SERVICES, INC.; W.P.B. HOSPITALITY, LLC; SEVENTY7, LLC; L.C.M., LLC; INLAND RESTAURANT VENTURE I, INC.; FARMDALE HOSPITALITY SERVICES, INC.; BURCH MANAGEMENT COMPANY, INC.; DB ENTERTAINMENT, INC.; FILOSADELFIA, LLC; NITELIFE, INC.; MAG PITT, LP; POLMOUR, INC.; MIDNIGHT SUN ENTERPRISES, INC.; MAG ENTERPRISES, INC.; KENTUCKY HOSPITALITY VENTURE, LLC; JCB OF GAINESVILLE, INC.; K-KEL, INC.; HERITAGE MANAGEMENT SERVICES, INC.; CLUB CABARET, INC.; MAG ENTERTAINMENT, LLC; KIMMICO, INC.; EAST COAST RESTAURANT & NIGHTCLUBS, LLC; FERNEY PROPERTIES, LLC; PEORIA SPEAKEASY, INC.; KING BEE, INC.; VONCH, LLC; OASIS ON ESSINGTON, LTD

> Plaintiffs - Appellees

689 EATERY, CORP.; 725 EATERY, CORP.; GJJM ENTERPRISES, LLC

> Intervenors - Appellees

v.

U.S. SMALL BUSINESS ADMINISTRATION, an agency of the United States; ISABELLA CASILLAS GUZMAN, in her official capacity as Administrator of the SBA; JANET YELLEN, in her official capacity as United States Secretary of the Treasury; UNITED STATES OF AMERICA

> Defendants - Appellants

Upon consideration of the appellants' and appellees' joint motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED,** and the appeal is dismissed.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  October 18, 2023

_____